UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x

SANDY GRACIANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

               Plaintiffs,

v.

BROWNELL, INC., AND BROWNELLS,
INCORPORATED,

               Defendant.

---------------------------------------------- x

No.: 1:20-cv-7540

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), SANDY GRACIANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the Defendant, BROWNELL, INC., from the above entitled action, without prejudice and without fees and costs.

Dated: New York, New York
September 24, 2020

                                              GOTTLIEB & ASSOCIATES

                                              Jeffrey M. Gottlieb, Esq., (JG-7905)
                                              150 East 18th Street, Suite PHR
                                              New York, NY 10003
                                              Phone: (212) 228-9795
                                              Fax: (212) 982-6284
                                              Jeffrey@Gottlieb.legal

                                              *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge