UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SANDY GRACIANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

      Plaintiffs,

      v.

BROWNELL, INC., AND BROWNELLS,
INCORPORATED,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2020

No.: 1:20-cv-7540

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), SANDY GRACIANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the Defendant, BROWNELL, INC., from the above entitled action, without prejudice and without fees and costs.

Dated: New York, New York
    September 24, 2020

GOTTLIEB & ASSOCIATES

Jeffrey M. Gottlieb, Esq., (JG-7905)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED: _____  9/25/2020
United States District Court Judge