UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

SANDY GRACIANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiffs,

                v.

BROWNELL, INC., AND BROWNELLS,
INCORPORATED,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

No.: 1:20-cv-7540

**NOTICE OF VOLUNTARY
DISMISSAL**

Plaintiff(s), SANDY GRACIANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above entitled action against the Defendant,

BROWNELLS, INCORPORATED, with prejudice and without fees and costs.

Dated: New York, New York
       February 3, 2021

                               **GOTTLIEB & ASSOCIATES**

                               */s/Jeffrey M. Gottlieb, Esq.*

                               Jeffrey M. Gottlieb, Esq., (JG-7905)
                               150 East 18th Street, Suite PHR
                               New York, NY 10003
                               Phone: (212) 228-9795
                               Fax: (212) 982-6284
                               Jeffrey@Gottlieb.legal

                               *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge